IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOMINIC OVELLA | § § § | PLAINTIFF/ COUNTER-DEFENDANT |
| v. | § § | CAUSE NO. 1:10CV285 LG-RHW |
| B&C CONSTRUCTION AND EQUIPMENT, LLC, COLIE DONALDSON, COBY DONALDSON, BETH ANNE DONALDSON, ALLEN YOUNG, and YOUNG ENGINEERING SERVICES | § § § § § § § | DEFENDANTS/ COUNTER-CLAIMANTS/ THIRD-PARTY PLAINTIFFS |
| v. | § § | |
| KATHLEEN OVELLA | § § | THIRD-PARTY DEFENDANT/ COUNTER-CLAIMANT |

**ORDER ADOPTING PROPOSED FINDINGS
OF FACT AND RECOMMENDATION**

This cause comes before the Court on the Proposed Findings of Fact and Recommendation [272] of United States Magistrate Judge Robert H. Walker entered in this cause on August 5, 2011.  Judge Walker reviewed two motions [186, 194] regarding the timeliness and reliability of expert reports by Kifayat Khan and Michael LeBatard.  He concluded that: 1) Dominic and Kathleen Ovella should be allowed to re-depose Khan and LeBatard regarding the opinions contained in the reports served on April 1, 2011; 2) LeBatard's testimony should be limited to his opinions regarding architecture; and 3) Khan's expert testimony should be allowed, subject to objection regarding his use of NDS.  The parties have advised the Court they have no objection to the Magistrate Judge's findings or conclusions.  Having reviewed the Proposed Findings of Fact and Recommendation and the record in this case, the Court finds the

Magistrate Judge's conclusions neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [272] of United States Magistrate Judge Robert H. Walker entered in this cause on August 5, 2011, should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion [186] to Strike Untimely Expert Reports and Testimony of Khan and LeBatard is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that discovery is re-opened for the limited purpose of allowing Dominic and Kathleen Ovella to re-depose Khan and LeBatard regarding the opinions contained in the reports served on April 1, 2011.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion [194] to Exclude is **GRANTED** to the extent that LeBatard's testimony is limited to his opinions regarding architecture, and **DENIED** with respect to Khan's testimony; however, subject to re-urging with respect to his use of NDS.

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE